FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

**ORIGINAL**

2007 OCT 29  PM 2:40

CLERK _L. Flanders_
SO. DIST. OF GA.

## RECEIPT FOR EXHIBITS

Received of the Clerk's Office  GOVERNMENT'S

exhibits numbered  1 (Sentencing Exhibit Book containing Exhibits 2 - 97, except for

84, 85, and 90 ( 90 not admitted)) admitted into evidence on 7/12/01

in the case of  U.S.A.   v.  JAMES S. SPRINGETTE, et al.

Case Number  CR198-049

This  29th  day of  ~~June~~ October, 2006 7

_____
Attorney for Government