UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA GEORGIA

2010 JAN -6  PM 12: 08

CLERK *B McCarthy*
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR 198-049 |
| | ) |
| JAMES SPENCER SPRINGETTE | ) |
| | ) |

### ORDER

Upon motion of the United States for an Order authorizing destruction of evidence, and good cause having been shown, it appearing to the court that the government has custody of various items of evidence, as specifically listed in the government's motion;

And it further appearing to the court that the above-stated case has been fully disposed of, and that there is no further need for said evidence to be maintained, it is,

ORDERED that the government's motion is GRANTED. Agents of the Federal Bureau of Investigation are authorized and directed to destroy said evidence according to law.

Order entered at Augusta, Georgia, this 6th day of January, 2010.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE